UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19CR4643 H |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 1030(a)(5)(A) and (c)(4)(B)(i) – Intentional Damage to a Protected Computer |
| DEEPANSHU KHER, | |
| Defendant. | |

The grand jury charges:

On or about August 8, 2018, within the Southern District of California and elsewhere, defendant DEEPANSHU KHER, did knowingly cause the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer used in and affecting interstate commerce and communication, that is, causing damage to at least one protected computer that hosted the website of Company A, a San Diego company, causing a loss to Company A aggregating at least $5,000 in value during a one-year period; in violation of Title 18, United States Code, Section 1030(a)(5)(A) and (c)(4)(B)(i).

DATED: November 19, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
Acting United States Attorney

By: _____
ALEXANDRA F. FOSTER
Assistant U.S. Attorney

AFF:plv:San Diego:11/18/19

AO 442

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | |
| Deepanshu Kher (1) | Case Number: 19-cr-4643-H |

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Deepanshu Kher (1)____
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:1030(a)(5)(A), (c)(4)(B)(i) - Intentional Damage to a Protected Computer

In violation of Title ___See Above___ United States Code, Section(s) _____

John Morrill                          Clerk of the Court
Name of Issuing Officer               Title of Issuing Officer

s/ J. Olsen  (SEAL)                   11/19/2019, San Diego, CA
Signature of Deputy                   Date and Location

Bail fixed at $ ___NO BAIL___ by ___The Honorable Bernard G. Skomal___
                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PLEASE RECEIPT AND RETURN